IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| VS. | ) | CASE NO: CR314-4 |
| | ) | |
| TITUS KEMPER WOODBURY | | |

## ORDER

The defendant, Titus Kemper Woodbury, was sentenced on August 20, 2014 and is currently in custody of the Bureau of Prisons.

Surety, Katrina Woodbury, has requested the return of the $2,500.00 cash security posted on the defendant's $25,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $2,500.00 posted by Katrina Woodbury for this defendant, plus all accrued interest thereon, be returned to Katrina Woodbury at 114 Pamela Drive, East Dublin, Georgia 31027.

This 8th day of October, 2014 at Augusta, Georgia.

HONORABLE DUDLEY H. BOWEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA